```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA              :

        -v.-                           :        SEALED ORDER

RICHARD JIMENEZ-PEREZ                  :
   a/k/a "Milton Delgado,"                     S14 10 Cr. 905 (LTS)
   a/k/a "Javier Ramirez-Santiago,"   :

                Defendant.             :
- - - - - - - - - - - - - - - - - - -x
```

WHEREAS, an application has been made by the United States of America, with the defendant's consent, for the sealing of the transcript of the defendant's guilty plea, the Information, and the plea agreement; and the temporary delay of any docket entries in the above-captioned case;

WHEREAS, the Court finds that the safety of the defendant and others may be placed at risk and active law enforcement investigations may be compromised if the Government's application is not granted;

IT IS HEREBY ORDERED that the transcript of the defendant's guilty plea, the Information to which the defendant is pleading guilty, the plea agreement between the defendant and the Government, this Order, and the Government's application for this Order, shall be sealed; and

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further order by this

1

Court; and

    IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of the proceedings without further Order of the Court; and

    IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

SO ORDERED:

Dated:    New York, New York
           August 1, 2011

                                        HON. LAURA TAYLOR SWAIN
                                        UNITED STATES DISTRICT JUDGE