UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                            No. 10 Crim. 905 (LTS)

RICHARD JIMENEZ-PEREZ (25),

                Defendant(s).
-------------------------------------------------------------X

**ORDER**

The sentencing scheduled for February 10, 2012, is rescheduled to **August 9, 2012 at 11:00 a.m.** in Courtroom 11C.

Dated: New York, New York
         February 10, 2012

                                                            LAURA TAYLOR SWAIN
                                                            United States District Judge

Copies mailed/faxed to _All parties Above_
Chambers of Judge Swain
                                  2-14-2012

Jimenez-Perez Richard 021012 CR Order resched sent.frm       version 5/22/09