UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

RICHARD JIMENEZ-PEREZ (25)

                Defendant.

-------------------------------------------------------x

No. 10 crim 905 (LTS)

## ORDER

    ORDERED that pursuant to sentence of time served imposed today, the defendant Richard Jimenez-Perez is discharged from the custody of the U.S. Marshals Service.

Dated: New York, New York
       September 6, 2013

LAURA TAYLOR SWAIN
United States District Judge