UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA
                                    :     **SEALED ORDER**
        -v-
                                    :     S14 10 Cr. 905 (LTS)
RICHARD JIMENEZ-PEREZ
    a/k/a "Milton Delgado,"          :
    a/k/a "Javier Ramirez-Santiago,"
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - - x

  WHEREAS, on July 19, 2011, RICHARD JIMENEZ-PEREZ, a/k/a "Milton Delgado," a/k/a "Javier Ramirez-Santiago," (the "defendant"), was charged in a five-count Information, S14 10 Cr. 905 (LTS) (the "Information");

  WHEREAS, on July 19, 2011, the defendant pled guilty to Counts One through Six of the Information pursuant to a plea agreement with the Government;

  WHEREAS, on or about September 6, 2013, the defendant was sentenced to, among other things, a sentence of time served on all counts of the Information; and a total term of supervised release of three years, and the defendant was ordered, as a condition of his supervised release, to continue cooperating with the Government, to include cooperating, under the supervision of the United States Attorney's Office for the Southern District of New York, and other law enforcement authorities designated by that Office;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendant, as a condition of his supervised release, shall continue to cooperate with the Government, to include cooperating, under the supervision of the United States Attorney's Office for the Southern District of New York, with any other law enforcement authorities designated by that Office shall designate, during the duration of his supervised release.

Dated: New York, New York
       September 6, 2013          SO ORDERED:

                                  _____
                                  HONORABLE LAURA TAYLOR SWAIN
                                  UNITED STATES DISTRICT JUDGE